UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

|  |  |  |
|---|---|---|
| MATTHEW PASCUAL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-1440 |
| LOWE'S HOME CENTERS, INC., | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED and this case is DISMISSED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 12, 2005